In the Matter of CONSOLIDATED GAS UTILITIES COMPANY.

Petition of Edmond T. HOGAN.

No. 1191.

Circuit Court of Appeals, Tenth Circuit.

Dec. 4, 1934.

986

Horace G. McKeever, of Enid, Okl., for petitioner.

J. H. Maxey, of Tulsa, Okl., for Wilbur J. Holleman.

B. A. Ames, of Oklahoma City, Okl., for First Mortgage Bondholders' Protective Committee.

Streeter B. Flynn, of Oklahoma City, Okl., for Logan W. Cary, trustee.

Before LEWIS and PHILLIPS, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Petition for appeal denied.